The application is denied. Considering the return of the trial judge, that a copy of the trial proceedings has been furnished to defendant's attorneys for purposes of appeal, the request of relator for a transcript of the evidence has been complied with.

■

222 So.2d 882

**Powell CRICHTON, Jr., et al.**

v.

**SUCCESSION OF Kate Crichton GREDLER.**

No. 49822.

June 9, 1969.

In re: Thomas Crichton, Jr., Thomas Crichton III and John H. Crichton applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Webster. 220 So.2d 714.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.